# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2155
_____

Harold B. Holloway

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction; Does

*Defendants - Appellees*

_____

No. 15-2446
_____

Harold B. Holloway

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction; Does

*Defendants - Appellees*

_____

Appeals from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: August 13, 2015
Filed: August 18, 2015
[Unpublished]

———————

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Arkansas inmate Harold Holloway appeals several orders of the district court,[1] including the dismissal without prejudice of his civil-rights suit for failure to comply with a court order to file an amended complaint, *see* Fed. R. Civ. P. 41(b). After careful review, we find that the court did not abuse its discretion in dismissing the civil-rights suit, *see Smith v. Gold Dust Casino*, 526 F.3d 402, 404-05 (8th Cir. 2008); in denying Holloway's request to consolidate a habeas suit with the civil-rights suit; or in denying appointment of counsel, *see Phillips v. Jasper Cty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006).  The judgment is affirmed.  *See* 8th Cir. R. 47B.

———————————————

———————

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.